

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2025

No. 04-25-00066-CV

Glenn **SAMUELS**,
Appellant

v.

**SAN ANTONIO POLICE DEPARTMENT CENTRAL SUBSTATION**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI08517
Honorable Marialyn Barnard, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 2, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2025.

_____
Luz Estrada, Chief Deputy Clerk